IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NEILTON MARRICK GOLD**                                                               **PLAINTIFF**

V.                             **CASE NO. 5:22-CV-5185**

**LOGAN EDGE, Deputy Officer;**
**MICHAEL SMITH, Deputy Sergeant; and**
**OFFICER PRUITT GARRET**                                         **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 40) filed in this case on August 31, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITH PREJUDICE** for failure to obey court orders and failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 21st day of September, 2023.

                                                        */s/ Timothy L. Brooks*
                                                        TIMOTHY L. BROOKS
                                                        UNITED STATES DISTRICT JUDGE